UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Brayon Williams )
)  **Complaint for a Civil Case**
)
)
)
)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* )  Case No.
) *(to be assigned by Clerk of District Court)*
)
)
)  Plaintiff requests trial by jury:
)  ☒ Yes   ☐ No
)
v.
Harmeet K. Dhillon )
)
)
)
)
*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)* )
)
)
)

# CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brayon Williams |
| Street Address | Homeless |
| City and County | Hannibal MARION COUNTY |
| State and Zip Code | MO 63401 |
| Telephone Number | |
| E-mail Address | BRAYONWILLIAMS302@GMAIL.COM |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Harmeet K. Dhillon |
| Job or Title | ASSISTANT ATTORNEY GENERAL |
| Street Address | 950 Pennsylvania Avenue NW |
| City and County | WASHINGTON |
| State and Zip Code | DISTRICT OF COLUMBIA 20530 |
| Telephone Number | 202-514-3847 |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

**A.     Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
ARTICLE 2 SECTION 3 AND ARTICLE 4 SECTION 4 OF THE UNITED
STATES CONSTITUTION
```

**B.     Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

```
Harmeet K. Dhillon OF THE CIVIL RIGHTS DIVISION OF THE
DEPARTMENT OF JUSTICE
```

**C.     Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.     The Plaintiff(s)

The plaintiff, *(name)* BRAYON WILLIAMS, is a citizen of the State of *(name)* MISSOURI.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* __Harmeet K. Dhillon__, is a citizen of the State of *(name)* __DISTRICT OF COLUMBIA__ *Or* is a citizen of *(foreign nation)* _____.

If the defendant is a corporation

The defendant, *(name)* _____.

is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____ *Or* is incorporated under the laws of the State of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE DEFENDENT OWES A DEBT IN THE DUTY IMPOSED BY CONGRESS TO SUPPORT AND PROTECT THE CONSTITUTION OF BOTH STATE AND UNITED STATE RANKS, WHILE ONGOING DUTIES HAS BEEN NEGLECTED THROUGHOUT THE YEARS, THE UNITED STATES HAS ENTITLED COMPENSATORY VALUES>75,000

### III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

```
I WAS DEPRIVED LIFE, LIBERTY, PROPERTY, AND OTHERWISE WITHOUT
DUE PROCESS MAY 19, 2020 UNITL CURRENT FROM ADAIR COUNTY
MISSOURI THROUGH TO MARION COUNTY MISSOURI CAUSING THE
APPEARANCE OF LIBEL AND SLANDEROUS ACTS AGAINST MY CHARACTER
AND PERSONS TO APPEAR WITHOUT PROOF OF SUCH ACTIONS IN THE
COURTS OF LAW, INTERNET, AND RECORDS WHERE MY NAME, BRAYON
JEROME WILLIAMS, APPEARS DUE TO THE PROSECUTING ATTORNEYS'
OFFICE OF ADAIR COUNTY FOR THE DEPARTMENT OF JUSTICE OF
MISSOURI FOR THE UNITED STATES SEEKING ACTION IN A COMPLAINT
APPLYING FOR AN ORDER OF PROTECTION FROM DOMESTIC VIOLENCE TO
HAVE ME ARRESTED FOR ACTIONS REPORTED BY KIRKSVILLE POLICE
DEPARTMENT WHO MADE FIRST PHYSICAL AND VERBAL CONTACT IN THE
REPORT AT ALL WITH NO PROOF THAT SUCH A DEPARTMENT WAS FORMALLY
SOUGHT AFTER FOR SUCH A SERVICE TO BE PROVIDED, WHILE THE
JUDICIARY PROCEEDED WITHOUT ANY LAWS IN SUPPORT OF THE GRANTING
OF JURISDICTION FOR SUCH A MATTER AS FILED BY SUCH A
PROSECUTORIAL OFFICE, THE PROSECUTOR WAS NEVER RESTRAINED BY
THE ATTORNEY GENERAL OF THE UNITED STATES OR STATE OF MISSOURI
FROM PROVIDING SUCH AN ILLEGAL SERVICE AS THE PROSECUTOR FAILED
TO CONVEY ALL LAWS AFFECTED BY THE INFORMATION REPORTED BY THE
POLICE DEPARTMENT AND AFFECTED PERJURY LAWS AMONGST OTHERS AT
THIS POINT CAUSING MY CONVICTION IN 2022 WHERE I WAS SENTENCED
TO 7 YEARS IN PRISON IN A MANNER WHICH INVADES THE LEGISLATIVE
POWERS CONSENTED TO CONGRESS FOR RULE AND REGULATIONS ON DUE
PROCESS, NO BOARD MEMBER OR DEPARTMENT OF CORRECTIONS MEMBER
```

### IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

```
MY TITLE APPEARS TO BE SLANDERED DUE TO LAWS ENFORCED
AGAINST MY CHARACTER WITHOUT EVIDENTUARY VALUES TO SUPPORT
EVEN THE COMPLAINT FILED BY THE CLERK PUBLISHED BY THE
PROESCUTING ATTORNEY AND SUCH BEHAVIOR HAS CREATED ACTS
WHICH ABRIDGE ANY ABILITY FOR RELIEF AFFORDED TO MY NATURE
```

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☒   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
I HAVE TO GO THROUGH THE PENAL SYSTEM CONSTITUTION, I HAVE
BEEN HARRASSED BY PROBATION AND PAROLE FOR THE LIBELOUS
AND SLANDEROUS ACTS BEHAVED BY THE KIRKSVILLE PD AND
SHERIFFS OF ADAIR COUNTY THROUGHOUT THE STATE OF MISSOURI
BECAUSE THE A.G. FAILED TO RESTRAIN STAFF FROM ILLEGAL ACTS
```

**V.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __07TH__ day of _____NOVEMBER_____, 20 _25_.

Signature of Plaintiff(s) _____3787-1985B-7785_____

CARED TO ACKNOWLEDGE THE FACT OF THE MATTERS NOT PROVEN AT ALL, AND THE CONSISTENCY OF MATTERS COMPLAINED IN SUCH A COURT NOT PROVEN AT ALL AS IT WOULD APPEAR ON THE RECORD, THIS BEHAVIOR IS ALSO FOUND TO CAUSE ME TO BE DISCRIMINATED AGAINST IN THE PRISON SYSTEM WHERE I AM DISABLED WHILE I AFFORD THE RELIEF OF SSI AND SSDI WHICH STOPS BECAUSE I AM IN PRISON WITHOUT ANY GOOD REASON NOT APPEARING TO ABRIDGE THE LAWS AS PRESCRIBED BY CONGRESS TO AFFORD ME THE RELIEF OF SUCH BENEFITS, AS TOO FOOD STAMPS AND SHELTER VOUCHERS, ALL OF WHICH HAVE BEEN SHORTENED FINDING RULES CREATED BY SEPERATE ADMINISTRATIONS, OR DEFINITIONS CREATED AFTER 1779 OR OTHERWISE CREATED AFTER THE ESTABLISHMENT OF THE CONSTITUTION SO THAT THE MEANING OF WORDS ARE CHANGED TO SHRINK THE MEANING OF THE LAW IN FORCE ON MANY TERMS, CHANGING MANY TERMS, AND CAUSING SUFFERING FROM WHICH I SEEK AN ORDER OF PROTECTION FROM ON THIS DAY.