IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

BRAYON JEROME WILLIAMS, )
)
*Plaintiff,* )
)
)
v. )
)
HARMEET K. DHILLON, )   No. 2:25-cv-00084-JMD
)
*Defendant.* )
)
)
)

## MEMORANDUM AND ORDER

On February 27, 2026, the Court entered the following order: "If Williams intends to pursue this action, . . . he must, no later than March 13, 2026, either (1) pay the full $405 filing fee or (2) file an *in forma pauperis* motion on the Court's standard form (available at the Clerk's Office or on the Court's website)." ECF 3. Williams did not respond to this order, and his window to do so has now expired.

The Court gave Williams clear instructions and ample opportunity to comply. He nevertheless failed to pay the filing fee or file the motion as ordered. For this reason, the Court finds that dismissal is warranted under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice under Rule 41(b). A separate order of dismissal accompanies this memorandum and order.

Dated this 19th day of March, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE

1